MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
JEAN BARNIER, State Bar No.231683
645 First Street West, Suite D
Sonoma, CA 95476
T (707) 935-3205
e-mail: macclaw@macbarlaw.com

Attorneys for Trustee
JEFFRY LOCKE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

GARRY LEWIS SHAW and
DEBRA SHAW

    Debtors.

Case No. 11-14383
(Chapter 7)

**ORDER AUTHORIZING SALE OF DEBTORS' LIMITED LIABILITY COMPANY MEMBERSHIP**

    The *Motion to Sell Debtors' Limited Liability Company Membership Interest Subject to Overbid* filed by Jeffry Locke, Trustee in Bankruptcy of the Estate of Garry Lewis Shaw and Debra Shaw came on for hearing on April 26, 2013. All appearances were noted on the record.

    The Trustee's counsel represented on the record that numerous parties submitted bids at the duly noticed auction on April 24, 2013. On consideration of the oral and written arguments of counsel and good cause appearing:

    IT IS HEREBY ORDERED that the Motion is Granted;

    IT IS FURTHER ORDERED that the Trustee is authorized to sell the Debtors' 1.964203% limited liability membership interest in a limited liability company known as The Resort at University Park, LLC, a Delaware limited liability company to the Successful Bidder Gary S. Paul for the sum of $61,300.00, which sum shall be paid within ten (10) days of entry of

this Order.

IT IS FURTHER ORDERED that in the event the Successful Bidder defaults in the performance of his bid, the Trustee may seek to amend this Order to authorize him to sell the subject interest to the next highest willing bidder by ex parte application.

Dated: May 2, 2013

Alan Jaroslovsky
Chief Bankruptcy Judge